UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>DE EQUITY GROUP INC., DBA THE EQUITYGROUP., a California corporation; SHEILALEWING, individually and as Successor In Interest to the ESTATE OF JANE DOE 1, a minor, and the ESTATE OF JANE DOE 2, a minor; BOBBY EUGENE FLOYD JR.,individually and as Successor In Interest to the ESTATE OF JANE DOE 1, a minor, and the ESTATE OF JANE DOE 2, a minor; and JOHN DOE 1, JANE DOE 3, and JOHN DOE 2,minors,<br><br>                    Defendants. | Case No. 1:25-cv-00472-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 19). |

On July 1, 2026, Plaintiff filed a notice of voluntary dismissal of entire action, stating as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Atain Specialty Insurance Company hereby gives notice that this action is voluntarily dismissed. No Defendant has served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

(ECF No. 19).

In light of the filing, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i1), and has been dismissed without prejudice.

Accordingly, the Clerk of Court is directed to close this case.

1

**IT IS SO ORDERED.**

**DATED:    July 2, 2026**          /s/ *Erica P. Grosjean*
                                    **UNITED STATES MAGISTRATE JUDGE**

2